**James Arthur JOHNSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 42685.**

Court of Criminal Appeals of Texas.

April 22, 1970.

———◆———

Hugh Snodgrass, Dallas, for appellant.

Henry Wade, Dist. Atty., John B. Tolle, Camille Elliott, Charles Yett, Scott Bradley and James Mills, Asst. Dist. Attys., Dallas, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

DOUGLAS, Judge.

The conviction is for robbery by assault; the punishment, fifty years.

This case was tried jointly with that of Johnson v. State, Tex.Cr.App., 454 S.W. 2d 205, this day decided, and the identical contentions were made and overruled.

The judgment is affirmed.